Stephanie A. Blazewicz, SBN 240359
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: 415-675-3400
Facsimile: 415-675-3434
stephanie.blazewicz@bryancave.com

Terry Pabst (Admitted *Pro Hac Vice*)
**THE LAW OFFICES OF TERRY PABST, P.C.**
11500 Olive Blvd., Suite 176
St. Louis, Missouri 63141
Telephone: 314-812-8780
Facsimile: 314-812-8700
tpabst@webpabstlaw.com

Attorneys for Defendants
RICHARD C. LEHMAN and
MICHELE D. KOO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMONS FIRST NATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD C. LEHMAN, an individual, MICHELE D. KOO, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 4:13-cv-02876-DMR<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY AND CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

1   Notice is hereby given that, subject to the approval by the Court, Defendants
2   RICHARD C. LEHMAN and MICHELE D. KOO, hereby substitute Stephanie A.
3   Blazewicz (State Bar No. 240359) as counsel of record in place of Nicholas T.
4   Hariton and Gary Kurtz. Contact information for new counsel is as follows:

Stephanie A. Blazewicz
Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: 415-675-3400
Facsimile: 415-675-3434
Email: stephanie.blazewicz@bryancave.com

I consent to the above substitution:

Date: 04.01.2014

By: *[signature]*
Richard C. Lehman

RICHARD C. LEHMAN

MICHELE D. KOO

Date: 04.01.2014

By: *[signature]*
Michele D. Koo

I consent to being substituted.

Date: _____

By: _____
Nicholas T. Hariton

NICHOLAS T. HARITON

1  Notice is hereby given that, subject to the approval by the Court, Defendants
2  RICHARD C. LEHMAN and MICHELE D. KOO, hereby substitute Stephanie A.
3  Blazewicz (State Bar No. 240359) as counsel of record in place of Nicholas T.
4  Hariton and Gary Kurtz. Contact information for new counsel is as follows:

5  Stephanie A. Blazewicz
6  Bryan Cave LLP
   560 Mission Street, 25th Floor
7  San Francisco, California 94105
8  Telephone: 415-675-3400
   Facsimile: 415-675-3434
9  Email: stephanie.blazewicz@bryancave.com
10
11 I consent to the above substitution:
12
13 Date: _____          RICHARD C. LEHMAN
14
                          By: _____
15                              Richard C. Lehman
16
17                              MICHELE D. KOO
18 Date: _____
19
                          By: _____
20                              Michele D. Koo
21
22 I consent to being substituted.
23
24 Date: April 2, 2014            NICHOLAS T. HARITON
25
                          By: _____
26                              Nicholas T. Hariton
27
28

I consent to being substituted.

Date: 4/2/14

GARY KURTZ

By: /s/ Gary Kurtz
Gary Kurtz

I consent to the above substitution.

Date: 4/3/14

STEPHANIE A. BLAZEWICZ

By: /s/ Stephanie A. Blazewicz
Stephanie A. Blazewicz

The substitution of attorney is hereby approved and so ORDERED.

Date: April 7, 2014

Honorable Donna M. Ryu
United States Magistrate Judge

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, California 94105

191833.1.1

3

4:13-cv-02876-DMR
NOTICE OF SUBSTITUTION OF ATTORNEY AND CONSENT ORDER