**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMMONS FIRST NATIONAL BANK,

        Plaintiff(s),

    v.

RICHARD C. LEHMAN, ET AL,

        Defendant(s).

_____/

No. C-13-02876-DMR

**NOTICE AND ORDER SETTING
HEARING ON JOINT DISCOVERY
LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' joint letter regarding their discovery dispute [Docket No. 67]. You are hereby notified that a hearing regarding the dispute is set for November 26, 2014 at 11:00 a.m., Courtroom No. 4, Third Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

    IT IS SO ORDERED.

Dated:  November 13, 2014

_____
DONNA M. RYU
United States Magistrate Judge