UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMMONS FIRST NATIONAL BANK,

Plaintiff,

v.

RICHARD C. LEHMAN, et al.,

Defendants.

Case No. 13-cv-02876-DMR

**ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT AND CONTINUING HEARING ON MOTION TO STRIKE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff's motion to dismiss (Docket No. 116), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the March 26, 2015 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

Further, the court CONTINUES the April 9, 2015 hearing on Plaintiff's motion to strike (Docket No. 121) to **April 15, 2015 at 3:00 p.m.,** to be held during the pretrial conference in this matter.

**IT IS SO ORDERED**.

Dated: March 20, 2015



_____
DONNA M. RYU
United States Magistrate Judge