UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMMONS FIRST NATIONAL BANK,

   Plaintiff,

v.

RICHARD C. LEHMAN, et al.,

   Defendants.

Case No. 13-cv-02876-DMR

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the court has not received chambers copies of the following filings by Defendants Richard C. Lehman and Michele D. Koo, in violation of Civil Local Rule 5-1(e)(7): Docket Nos. 135, 136, 141, 142, 143, 144, 159, and 162. Such documents were due to be mailed via first class mail to the Clerk's Office on the same day the documents were electronically filed. *See* N.D. Cal. Civ. L.R. 5-1(e)(7)(A), (F). By no later than **April 7, 2015**, Defendants shall submit **two copies of each of these documents** in a format that is usable by the court. A document that is in "usable format" is one that is usable by the court for its intended purpose. A thick stack of loose paper wrapped with a rubber band, or fastened with a paper clip or a binder clip, is not in usable format. For a memorandum of points and authorities or other document that can be stapled, "usable format" means that the document is stapled in the upper-left-hand corner. For a document that is too thick to be stapled securely, "usable format" means that the document is two-hole punched at the top and is fastened with a prong-type fastener. In addition, any exhibits to declarations or requests for judicial notice must be tabbed.

The court expects the parties to fully comply with the Civil Local Rules going forward.

**IT IS SO ORDERED.**

Dated: April 6, 2015



_____
DONNA M. RYU
United States Magistrate Judge