UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMONS FIRST NATIONAL BANK,<br><br>                    Plaintiff,<br><br>       v.<br><br>RICHARD C. LEHMAN, et al.,<br><br>                    Defendants. | Case No. 13-cv-02876-DMR<br><br>**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWERS, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**<br><br>Re: Dkt. No. 188 |

The court has received Defendants' motion for leave to file first amended answers, affirmative defenses, and counterclaims. [Docket No. 188.]

Defendants first seek leave to file an amended answer on behalf of Defendant Michele D. Koo in order to assert the affirmative defenses contained on page 13, which was inadvertently omitted from filing. Plaintiff has been on notice of these affirmative defenses despite their omission from Koo's Answer because they were also asserted by Defendant Richard C. Lehman; therefore, it will not be prejudiced by permitting Defendants to correct the filing. Therefore, this portion of Defendants' motion is granted. Koo is granted leave to file an amended answer to include the affirmative defenses of recoupment, lack of consideration, forgery and illegality regarding the Deed of Trust, and perjury and illegality regarding the Deed of Trust (affirmative defenses fourteen through seventeen) that her January 22, 2015 filing inadvertently omitted. Defendants shall file an amended answer in accordance with this order by **April 10, 2015**.

Defendants next seek leave to amend their slander of title counterclaim to allege that the March 27, 2013 assignment transferring the Deed of Trust from the FDIC to Plaintiff, which was recorded on April 9, 2013, constitutes an actionable publication. However, the court has already ruled on the issue of whether the assignment may form the basis for the slander of title claim and held that it is not an actionable publication. [*See* Docket No. 164 (April 1, 2015 Order on

Plaintiff's Motion to Dismiss Defendants' Counterclaims) at 7-8.] If Defendants are seeking reconsideration of the court's April 1, 2015 order, they must comply with Civil Local Rule 7-9 and seek leave to file a motion for reconsideration, and must specifically demonstrate one of the factors set forth in Local Rule 7-9(b). Therefore, Defendants' motion to amend the slander of title counterclaim is denied without prejudice.

**IT IS SO ORDERED.**

Dated: April 8, 2015



Donna M. Ryu
United States Magistrate Judge