UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMMONS FIRST NATIONAL BANK,

    Plaintiff,

    v.

RICHARD C. LEHMAN, et al.,

    Defendants.

Case No.  13-cv-02876-DMR

**SECOND ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the court has not received chambers copies of the following pretrial filings by Defendants Richard C. Lehman and Michele D. Koo, in violation of Civil Local Rule 5-1(e)(7): Docket Nos. 166, 167, 179, 180, 181, 183-186.  *See* N.D. Cal. Civ. L.R. 5-1(e)(7)(A), (F).  By no later than **12:00 p.m. on April 10, 2015**, Defendants shall submit **two copies of each of these documents, including all attachments,** in a format that is usable by the court.

**Going forward, the court orders all parties to submit chambers copies of any documents electronically filed by no later than 5:00 p.m. on the day after they are filed.** Chambers copies must be submitted in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
DONNA M. RYU
United States Magistrate Judge