UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMONS FIRST NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD C. LEHMAN, et al.,<br><br>Defendants. | Case No.  13-cv-02876-DMR<br><br>**ORDER RE SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 140, 179 |

In the parties' briefing regarding Plaintiff's motion in limine no. 3 regarding discrepancies between the Bonhomme loans and the obligations described on the Deed of Trust, the parties dispute whether the resolution of any irregularity in the Deed of Trust is a legal issue for the court to determine or whether it is a question for the jury.  Plaintiff's position is that this is a question of law for the court, citing *Conley v. Poway Land & Inv. Co.*, 232 Cal. App. 2d 22, 25 (1965), and *Klingele v. Engelman*, 192 Cal. App. 3d 1482, 1485 (1987).  The court is not convinced Plaintiff's position is correct, and Defendants did not cite any authority for their position.  Therefore, by **5:00 p.m. on April 14, 2015,** the parties shall file supplemental briefing that does not exceed three pages setting forth legal support for their positions on this issue; i.e., whether resolution of any irregularity in the Deed of Trust is a legal issue for the court to determine or a jury question.

**IT IS SO ORDERED.**

Dated: April 12, 2015



_____
Donna M. Ryu
United States Magistrate Judge