United States District Court
Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    SIMMONS FIRST NATIONAL BANK,                Case No.   13-cv-02876-DMR
                     Plaintiff,
8
           v.                                    **ORDER TO FILE MISSING PAGE OF**
9                                                **OBJECTIONS**
     RICHARD C. LEHMAN, et al.,
10                                               Re: Dkt. No. 183
                     Defendants.
11

12          Defendants' objections to Plaintiff's trial exhibit list, Docket No. 183, was filed without a

13   page 3.  Defendants shall file the missing page 3 **by no later than 5:00 p.m. today, April 13,**

14   **1015**.

15

16          **IT IS SO ORDERED.**

17   Dated: April 13, 2015

18                                                    

19                                                    Donna M. Ryu
                                                      United States Magistrate Judge
20

21

22

23

24

25

26

27

28