UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMMONS FIRST NATIONAL BANK,

    Plaintiff,

    v.

RICHARD C. LEHMAN, et al.,

    Defendants.

Case No. 13-cv-02876-DMR

**SECOND ORDER RE SUPPLEMENTAL BRIEFING**

The parties have not addressed which state's law applies in determining the validity of the Deed of Trust in this case, where, for example, the real property at issue is located in California but the Deed of Trust was purportedly executed in Missouri. Therefore, by no later than **9:00 a.m. on April 15, 2015**, the parties shall each submit a brief that does not exceed five pages setting forth their position on this issue; i.e., whether California, Missouri, or other law applies to determine the validity of the Deed of Trust. The parties shall provide legal support for their positions.

**IT IS SO ORDERED.**

Dated: April 13, 2015



Donna M. Ryu
United States Magistrate Judge