UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMONS FIRST NATIONAL BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD C. LEHMAN, et al.,<br><br>    Defendants. | Case No.  13-cv-02876-DMR<br><br>**ORDER TO MEET AND CONFER RE WITNESSES** |

At the April 15, 2015 pretrial conference, the parties discussed which witnesses will provide live testimony and which witnesses' testimony will be offered by means of deposition excerpts.  According to defense counsel's representations, it appears that many of the witnesses for whom Plaintiff planned to offer deposition testimony are going to present live testimony in Defendants' case (for example, witnesses Davis, Droege, Hetlage, Fellhauer, Schloss, and Apted).  Given the parties' agreement to examine some witnesses out of order depending on their availability, the court orders the parties to meet and confer regarding which witnesses will present live testimony, (and thus, for whom deposition excerpts will no longer be necessary.)  The parties shall submit revised discovery designations by no later than **5:00 pm on April 21, 2015**.

**IT IS SO ORDERED.**

Dated: April 16, 2015

Donna M. Ryu
United States Magistrate Judge