UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMONS FIRST NATIONAL BANK,<br><br>          Plaintiff,<br><br>    v.<br><br>RICHARD C. LEHMAN, et al.,<br><br>          Defendants. | Case No.  13-cv-02876-DMR<br><br>**ORDER ON OBJECTIONS TO EXHIBITS**<br><br>Re: Dkt. Nos. 171, 183, 184 |

This order sets forth the court's rulings on the parties' objections to exhibits, as stated on the record at the April 15, 2015 pretrial conference. The parties shall meet and confer regarding culling or consolidating duplicate exhibits. **Counsel are reminded that exhibits which the court has deemed admissible do not become part of the record at trial unless and until counsel move for their admission.**

I.     **Plaintiff's Exhibits**

| No. | Description | Ruling on Objections |
|---|---|---|
| 1 | Am. depo notice for Koo | Withdrawn |
| 2 | financial statement as of 7/20/10 (handwritten "Bonhomme Invest") | Sustained |
| 3 | Financial statement as of 6/20/12 (handwritten "Richard Lehman") | Sustained |
| 4 | Promissory note, $3 M loan | Stipulated as to admissibility |
| 5 | Lehman's guaranty of $3 M loan | Overruled |
| 6 | Third party pledge agreement | Overruled |
| 7 | No exhibit 7. | |
| 8 | Borrower estimated closing statement for Woodside property | Overruled, subject to proper business record foundation |
| 9 | Recorded long form Deed of Trust | Stipulated as to admissibility |
| 10 | Appraisal of Woodside property for Excel, borrower Lehman (1/12/09) | Taken under submission |
| 11 | Appraisal of Woodside property for Excel, | Taken under submission |

| | | |
|---|---|---|
| | borrower Bonhomme (6/21/11) | |
| 12 | Koo's original answer with affirmative defenses | Stipulated as to admissibility |
| 13 | No exhibit 13. | |
| 14 | Promissory note | Stipulated as to admissibility |
| 15 | Line of credit agreement | Overruled |
| 16 | Recorded long form Deed of Trust | Stipulated as to admissibility; parties to meet and confer re consolidating exhibits |
| 17 | Account info and client agreement bet. Raymond James Fin. Servs. and Defs | Stipulated as to admissibility |
| 18-21 | No exhibits 18-21 | |
| 22 | Operating agreement of Bonhomme | Stipulated as to admissibility |
| 23 | Schedule A Bonhomme | Stipulated as to admissibility |
| 24 | Guaranty executed as to Davis, $3 M loan | Overruled |
| 25 | Third party pledge agreement | Overruled; parties to meet and confer re consolidating exhibits |
| 26 | Notice of right to receive copy of appraisal of Woodside property, 1/27/09 | Overruled, subject to proper business record foundation |
| 27 | Appraisal order form re Woodside property, ordered 5/9/11 | Withdrawn |
| 28 | Notice of right to receive copy of appraisal of Woodside property, 6/19/09 | Overruled, subject to proper business record foundation |
| 29 | Extension agreement, 5/29/11 | Overruled |
| 30 | Extension agreement, 6/28/11 | Overruled |
| 31 | No exhibit 31 | |
| 32 | Promissory note for $1.6 M loan to Bonhomme | Overruled |
| 33 | No exhibit 33 | |
| 34 | 9/11 email from Steve Walkup to Aaron Black (cc Trisha Clark) re Woodside property appraisal report | Sustained |
| 35 | Appraisal review checklist | Sustained |
| 36-39 | No exhibits 36-39 | |
| 40 | Borrower's escrow instructions (purportedly signed by Koo and Lehman) | Overruled, subject to proper business record foundation |
| 41 | Account info and client agreement bet. Raymond James Fin. Servs. and Defs | Stipulated as to admissibility |
| 42 | No exhibit 42 | |
| 43 | Letter from Koo to Lisa Masters | Stipulated as to admissibility |
| 44 | App. A Form of Investor Certification ACAP Strategic fund | Stipulated as to admissibility |
| 45 | No exhibit 45 | |
| 46 | Recorded application for reinstatement | Stipulated as to admissibility |
| 47 | No exhibit 47 | |
| 48 | Power of attorney | Stipulated as to admissibility |
| 49 | No exhibit 49 | |
| 50 | Assignment by Lehman of membership | Stipulated as to admissibility |

| | | |
|---|---|---|
| | interest in Bonhomme to Lehman and Koo | |
| 51 | No exhibit 51 | |
| 52 | Amendment Koo revocable living trust agreement | Stipulated as to admissibility |
| 53 | Articles of organization | Stipulated as to admissibility |
| 54 | IRS form | Stipulated as to admissibility |
| 55 | No exhibit 55 | |
| 56 | 2007 annual registration report | Stipulated as to admissibility |
| 57-59 | No exhibits 57-59 | |
| 60 | Inquirer nonmonetary Deanna Frailey | Sustained |
| 61 | No exhibit 61 | |
| 62 | Guaranty executed by Lehman as to $3 M loan | Overruled |
| 63-78 | No exhibits 63-78 | |
| 79 | P's first set of RFAs to Koo | Stipulated as to admissibility |
| 80 | Koo's objections, answers to RFAs | Stipulated as to admissibility |
| 81 | Emails from Tony Fregoso to Koo re Woodside property | Overruled in part, portion of email exchange (Koo email 5/6/13) admissible as party admission; parties to meet and confer to narrow exhibit |
| 82 | Answer, aff. defenses and counterclaims of Koo | Withdrawn |
| 83-86 | P's second, third RFAs to Koo and her objections and answers | Stipulated as to admissibility |
| 87 | 2/17/09 closing letter from Chicago Title Co./Kim Robertson to Mr. and Mrs. Lehman | Overruled, subject to proper business record foundation |
| 88, 91-122 | No exhibits 89, 90.  Various handwriting exemplars | Stipulated as to admissibility |
| 123-129 | No exhibits 123-129 | |
| 130 | Grant deed recorded in County of San Mateo | Stipulated as to admissibility |
| 131 | Lehman and Koo's MO and CA driver's licenses | Overruled |
| 132-133 | No exhibits 132, 133 | |
| 134 | Preliminary report from Chicago Title Co. to Excel re Woodside property | Overruled, subject to proper business record foundation |
| 135-141 | No exhibits 135-141 | |
| 142 | Borrower's escrow instructions from Chicago Title Co. (uninitialled copy) | Objection withdrawn (same document as Defendants' Ex. O) |
| 143 | Borrower's escrow instructions from Chicago Title Co. (initialed, signed copy) | Overruled, subject to proper business record foundation |
| 144-145 | No exhibit 144-145 | |

3

| | | |
|---|---|---|
| 146 | Borrower's estimated closing statement, Chicago Title Co. | Overruled, subject to proper business record foundation |
| 147 | No exhibit 147 | |
| 148 | Closing letter from Chicago Title Co to Mr. & Mrs. Lehman | Overruled, subject to proper business record foundation |
| 149 | 2/17/09 letter from Chicago Title Co to Linda Eggleston, Excel | Overruled, subject to proper business record foundation |
| 150 | Borrower's final closing statement from Chicago Title Co. w/email attach. | Overruled, subject to proper business record foundation; sustained as to second page (email) |
| 151-153 | No exhibits 151-153 | |
| 154, 158 | P's first RFAs to Lehman and his objections and answers (no exhibits 155-157) | Stipulated as to admissibility |
| 159 | Photocopy of 2/17/09 check for $8.50 paid to Defs | Overruled, subject to proper business record foundation |
| 160 | Loan history, Bonhomme Inv. Partners | Objections withdrawn.  Defendants also agreed to stipulate to Bonhomme's receipt of proceeds of loans.  See Exhibits 161-172. |
| 161 | Excel Bank domestic outgoing wire form, 4/6/09 | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 162 | Request for advance from line of credit to be wired, 5/13/09 | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 163 | Excel Bank domestic outgoing wire form, 5/13/09 | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 164 | Documentation for line of credits, 5/26/10 | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 165 | Excel Bank domestic outgoing wire form, 7/28/09 (1 of 3 on that date) | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 166 | Excel Bank domestic outgoing wire form, 7/28/09 (2 of 3 on that date) | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 167 | Excel Bank domestic outgoing wire form, 7/28/09 (3 of 3 on that date) | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 168 | Request for advance from line of credit to be wired, 7/25/09 | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 169 | Documentation for line of credits, 6/2/10 | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 170 | Documentation for line of credits, 6/9/10 | Sustained; Plaintiff may offer only if |

| No. | Description | Ruling on Objections |
|---|---|---|
| | | Defendants open the door as to relevance |
| 171 | Documentation for line of credits, 6/18/10 | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 172 | Documentation for line of credits, 6/24/10 | Sustained; Plaintiff may offer only if Defendants open the door as to relevance |
| 173-182 | Various handwriting exemplars | Stipulated as to admissibility |
| 183 | Guaranty signed by Lehman for $1.6 M loan | Overruled |
| 184 | Various signature pages signed by Lehman | Stipulated as to admissibility |
| 185-186 | No exhibits 185, 186 | |
| 187 | Purchase and assumption agreement between FDIC and Simmons | Stipulated as to admissibility |
| 188 | No exhibit 188 | |
| 189 | Assignment of Deed of Trust | Stipulated as to admissibility |
| 190-199 | No exhibits 190-199 | |
| 200 | P's expert witness disclosure, Moore (forensic document examiner) | Sustained as to text of report.  Parties to meet and confer re exhibits from report that may be offered into evidence. |
| 201 | Moore's first supplemental report | Sustained as to text of report.  Parties to meet and confer re exhibits from report that may be offered into evidence. |
| 202 | Long form Deed of Trust, Woodside property | Stipulated as to admissibility |
| 203 | Deed of Trust, Edgewood property | Stipulated as to admissibility |
| 204-299 | No exhibits 204 to 299 | |
| 300 | Lehman, Koo 2010 joint tax return | Sustained in part.  Parties will meet and confer re redacted Schedule K. |
| 301 | Bonhomme 2010 tax return | Sustained |
| 302 | Bonhomme 2009 tax return | Sustained in part.  Parties will meet and confer re redacted Schedule K. |

II.   **Defendants' exhibits**

| No. | Description | Ruling on Objections |
|---|---|---|
| A | Loan committee meeting minutes, 6/24/09 | Parties to meet and confer re relevance of exhibit beyond affirmative defenses. |
| B | Loan committee meeting minutes, 3/29/11 | Parties to meet and confer re relevance of exhibit beyond affirmative defenses. |
| C | Loan committee meeting minutes, 6/23/11 | Parties to meet and confer re relevance of exhibit beyond affirmative defenses. |
| D | Loan committee meeting minutes, 9/28/11 | Parties to meet and confer re relevance of exhibit beyond affirmative defenses. |

| | | |
|---|---|---|
| E | FDIC Order of Prohibition as to Timothy Murphy | Taken under submission |
| F | FDIC Order of Prohibition as to Shaun Hayes | Sustained |
| G | Emails between Excel and Chicago Title Ins. Co. (CTIC), Jan. 2009 | Sustained, unless admissibility established at trial (i.e. impeachment) |
| H | Emails between Excel and CTIC, Jan.-Feb. 2009 | Sustained, unless admissibility established at trial (i.e. impeachment) |
| I | Emails between Excel and CTIC | Sustained, unless admissibility established at trial (i.e. impeachment) |
| J | Emails between Excel and CTIC | Sustained, unless admissibility established at trial (i.e. impeachment) |
| K | Emails between Excel and CTIC | Sustained, unless admissibility established at trial (i.e. impeachment) |
| L | Email from CTIC to Excel, 2/4/09 | Sustained, unless admissibility established at trial (i.e. impeachment) |
| M | Long form Deed of Trust, unexecuted | Stipulated as to admissibility |
| N | Chicago Trust estimated closing statement | Stipulated as to admissibility |
| O | Chicago Trust borrower's escrow instructions | Stipulated as to admissibility |
| P | Emails between Excel and CTIC, Feb. 2009 | Sustained, unless admissibility established at trial (i.e. impeachment) |
| Q | Email from CTIC to Excel, 2/5/09 | Sustained, unless admissibility established at trial (i.e. impeachment) |
| R | Emails between Excel and CTIC, 2/10/09 | Sustained, unless admissibility established at trial (i.e. impeachment) |
| S | Simmons notice of claim to CTIC, 6/20/14 | Withdrawn |
| T | CTIC reservation of rights to Simmons, 9/15/14 | Withdrawn |
| U | Defs' 30(b)(6) depo notice to P's corporate representative | Withdrawn |
| V | Assignment of Deed of Trust from FDIC to P | Stipulated as to admissibility |
| W | CTIC letter 2/23/15, supplemental reservation of rights (re Defs' counterclaims not covered by policy) | Withdrawn |
| X | Feb. 2015 emails between P (Renner) and FDIC re this litigation | Withdrawn |
| Y | Simmons' financial statement through 12/14 | Withdrawn |
| Z | Simmons' 1/22/15 press release re earnings | Withdrawn |

**IT IS SO ORDERED.**

Dated: April 17, 2015



Donna M. Ryu
United States Magistrate Judge

6